ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Ronald W. Novotny, State Bar No. 100041; Email: Rnovotny@aalrr.com
Yona Conzevoy, State Bar No. 233055; Email: Yconzevoy@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Defendant BNSF Railway Company

JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AIMEE SCHMIDT, | Case No. ED CV 11-01017 JFW (Ex) |
| --- | --- |
| Plaintiff, | **ORDER DISMISSING ACTION** ~~**and Sealing Declarations**~~ |
| v. | |
| BNSF RAILWAY COMPANY, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to the Stipulation of the Parties filed March 26, 2012, the Court hereby orders as follows:

(1) This action is dismissed with prejudice pursuant to F.R.C.P. 41(a)(2), with each party to bear their own attorneys' fees and costs; and

IT IS SO ORDERED.

Dated: March 27, 2012

_____
UNITED STATES DISTRICT JUDGE